**UNITED STATES of America, Plaintiff—Appellee**

v.

**Alfred LEWIS, Defendant—Appellant.**

**No. 08–20440**
**Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

Jan. 21, 2010.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Federal Public Defender's Office Southern District of Texas, Houston, TX, for Defendant–Appellant.

Before WIENER, DeMOSS, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

Alfred Lewis, federal prisoner # 72777–079, appeals the district court's denial of his 18 U.S.C. § 3582(c)(2) motion to reduce his concurrent 262–month sentences for conspiring to possess with intent to distribute a mixture and substance containing cocaine base and distribution of cocaine base. Lewis challenges the propriety of his sentencing as a career offender, and he also argues that § 3582(c)(2) is applicable to his sentences based upon the retroactive

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

amendments to the crack cocaine guidelines.

Lewis may not use a § 3582(c)(2) motion to challenge the appropriateness of the district court's application of a career offender enhancement in its calculation of his original sentences. *See United States v. Whitebird,* 55 F.3d 1007, 1011 (5th Cir. 1995). Further, the district court did not err in denying relief because "[t]he crack cocaine guideline amendments do not apply to prisoners sentenced as career offenders." *United States v. Anderson,* 591 F.3d 789, 791 (5th Cir.2009).

AFFIRMED.